ENCARNACIÓN JORGE, demandante y apelante, *v.* A. ÁLVAREZ HNOS., CÁNDIDO, CLAUDIO, RAMÓN MARTÍNEZ REYES, RAMÓN G. CINTRÓN, y FRANCISCO RAMOS, demandados y apelados.

No. 4382.—*Resuelto:* Mayo 22, 1929.

*Dubón & Ochoteco,* abogados del apelante; *F. Soto Gras* y *R. Díaz Collazo,* abogados de los apelados.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Según vemos, las secciones 5241 y 5242 de la Compilación de los Estatutos Revisados impiden, para los fines de este caso, la enajenación de bienes enbargados, no importa quién tenga la custodia de los mismos. Un deudor que adquiere bienes mediante la prestación de fianza, está obligado a respetar la ley. Sin embargo, un acreedor no está obligado por este precepto y puede embargar cualesquiera bienes que se hallen en manos de su deudor. Ésta no es la enajenación a que se refiere la ley. Por tanto, estuvimos substancialmente acertados al decir que la propiedad pasó a poder de Cándido Claudio para todos los fines, aunque, desde luego, sólo teníamos en mente el derecho de los acreedores. Las otras cuestiones levantadas están suficientemente tratadas en la opinión original, (pag. 374 *ante*).